# Exhibit A

| AOC-E-105      Sum Code: CI<br>Rev. 9-14<br><br>Commonwealth of Kentucky<br>Court of Justice      Courts.ky.gov<br><br>CR 4.02; Cr Official Form 1 | <br><br>**CIVIL SUMMONS** | Case #: **19-CI-002713**<br>Court: **CIRCUIT**<br>County: **JEFFERSON Circuit** |
|---|---|---|

*Plantiff*, **FORBES, JERRY VS. HOME DEPOT U.S.A., INC., ET AL**, *Defendant*

TO: **CORPORATION SERVICE COMPANY**
**421 WEST MAIN STREET**
**FRANKFORT, KY 40601**

Memo: Related party is HD DEVELOPMENT PROPERTIES L P

The Commonwealth of Kentucky to Defendant:
**HD DEVELOPMENT PROPERTIES L P**

   You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

/s/ Davis L. Nicholson
Jefferson Circuit Clerk
Date: **5/1/2019**

**Proof of Service**

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: _____

☐ Not Served because: _____

Date: _____, 20 _____

Served By _____

Title _____

Summons ID: 161865711738959@00000908457
CIRCUIT: 19-CI-002713 Certified Mail
FORBES, JERRY VS. HOME DEPOT U.S.A., INC., ET AL



Page 1 of 1

**eFiled**

Filed            19-CI-002713    05/01/2019         David L. Nicholson, Jefferson Circuit Clerk

NO. _____                                      JEFFERSON COUNTY CIRCUIT COURT
                                                                    DIVISION _____
                                                                    JUDGE _____

*Electronically Filed*

**JERRY FORBES**                                                                                  **PLAINTIFF**

v.

**HOME DEPOT U.S.A., INC.**                                                                       **DEFENDANTS**
2455 Paces Ferry Road
Atlanta, Georgia 30339

Serve:  Corporation Service Company
        421 West Main Street
        Frankfort, KY 40601

**HD DEVELOPMENT PROPERTIES L P**
2455 Paces Ferry Road
Atlanta, Georgia 30339

Serve:  Corporation Service Company
        421 West Main Street
        Frankfort, KY 40601

**UNKNOWN EMPLOYEE**

### COMPLAINT

\*    \*    \*    \*    \*

Comes the Plaintiff, Jerry Forbes, by and through undersigned counsel, and for his cause of action against Defendants Home Depot U.S.A., Inc. and HD Development Properties LP (hereinafter, collectively referred to as "Home Depot") and Unknown Employee hereby states as follows:

1. The incident giving rise to this action occurred in Louisville, Jefferson County, Kentucky.

Filed            19-CI-002713    05/01/2019         David L. Nicholson, Jefferson Circuit Clerk

Package: 000003 of 000006

Presiding Judge: HON. SUSAN GIBSON (630269)

Package : 000003 of 000006

Filed 19-CI-002713 05/01/2019 David L. Nicholson, Jefferson Circuit Clerk

2. At all times relevant hereto, the Plaintiff, Jerry Forbes resided in Shepherdsville, Bullitt County, Kentucky.

3. At all times relevant hereto, Defendants Home Depot owned, operated, managed, and/or supervised the Home Depot store located at 8232 Preston Hwy, Louisville, KY 40219 (hereinafter referred to as "the Premises").

4. At all times relevant hereto, Defendants Home Depot are a foreign corporation registered with the Kentucky Secretary of State with its principal office located 2455 Paces Ferry Road, Atlanta, GA 30339. Defendant Home Depots' registered agent is Corporation Service Company, 421 West Main Street, Frankfort, KY 40601.

5. At all times relevant hereto, Defendant Home Depot was the landowner of the Premises.

6. At all times relevant hereto, Defendant Unknown Employee worked in the Premises as an employee, agent, and/or assign of Defendants Home Depot.

7. Defendants have the required minimum contacts in Jefferson County, Kentucky to be subject to the jurisdiction of this Court.

8. At all times relevant hereto, the Defendants, by and through their agents, ostensible agents, servants, employees and/or representatives, had a duty to maintain and keep the Premises safe for the use of individuals legally coming upon same, along with warning its invitees of all known dangerous conditions; Defendants had a duty to maintain the facility in a safe and reasonable manner.

9. Plaintiff was an invitee.

10. On or about May 8, 2018, Plaintiff was shopping in the Premises and in the process of purchasing lumber.

Package:000004 of 000006

Presiding Judge: HON. SUSAN GIBSON (630269)

Package : 000004 of 000006

Filed 19-CI-002713 05/01/2019 David L. Nicholson, Jefferson Circuit Clerk

Filed         19-CI-002713   05/01/2019         David L. Nicholson, Jefferson Circuit Clerk

11. As Defendant, Unknown Employee, was loading the lumber into Plaintiff's cart, Unknown Employee lost control of the lumber and dropped it.

12. The Plaintiff, in attempting to put his hands up to catch and protect himself from the falling lumber, suffered serious injury when protruding staples from the wood penetrated his arm.

13. As a direct and proximate result of the negligent acts and/or omissions of the Defendants and their agents, the Plaintiff was caused to incur medical expenses both past and future, physical and mental pain and suffering both past and future, increased risk of harm, mental anguish and lost enjoyment of life. The Defendants, Home Depot, are liable for the actions of Unknown Employee under the doctrines of agency and respondeat superior.

14. The Plaintiff's damages are in excess of the minimum dollar amount necessary to invoke the jurisdiction of this Court.

**WHEREFORE**, the Plaintiff, by and through undersigned counsel, respectfully demands judgment against the Defendants as follows:

1. For an amount of compensatory damages that is fair and reasonable as established by the evidence;

2. For prejudgment interest from the date of injury until such time as judgment is paid;

3. For her costs herein expended; and

4. For any and all other relief to which she may be entitled.

Respectfully submitted,

**Alex R. White, PLLC**

Filed         19-CI-002713   05/01/2019         David L. Nicholson, Jefferson Circuit Clerk

Filed             19-CI-002713    05/01/2019          David L. Nicholson, Jefferson Circuit Clerk

/s/John K. Spalding_____
Alex White
908 Minoma Avenue
Louisville, KY 40217
Telephone: (502) 882-7552
john@arwhitelaw.com
*Counsel for Plaintiff*

Filed             19-CI-002713    05/01/2019          David L. Nicholson, Jefferson Circuit Clerk

David L. Nicholson, Jefferson Circuit Clerk
600 West Jefferson Street
Louisville, KY 40202-4731

CORPORATION SERVICE COMPANY
421 WEST MAIN STREET
FRANKFORT, KY 40601



## KCOJ eFiling Cover Sheet

Case Number: 19-CI-002713

Envelope Number: 1618657

Package Retrieval Number: 161865711738959@00000908457

Service by: Certified Mail

Service Fee: $ 0.00

Postage Fee: $ 12.25

The attached documents were generated via the Kentucky Court of Justice eFiling system. For more information on eFiling, go to http://courts.ky.gov/efiling.

Page 1 of 1                   Generated: 5/2/2019 11:22:33 AM





7017 2620 0000 1916 1342